452 F.2d 1199
 Billy Bertram CARROLL, Petitioner-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
 No. 71-2441 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 4, 1972.
 
 Billy B. Carroll, pro se.
 Anthony J. P. Farris, U. S. Atty., James R. Gough, Asst. U. S. Atty., Houston, Tex., for respondent-appellee.
 Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 The denial of Billy Bertram Carroll's motion to vacate sentence, 28 U.S.C., Sec. 2255, reported 335 F.Supp. 322 is
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I